**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiff, Olganova Winona Rodgers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-0182(CRB) <br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| OLGANOVA WINONA RODGERS, <br><br> Plaintiffs, <br><br> vs. <br><br> G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation, <br><br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **OLGANOVA WINONA RODGERS** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

-1-

1  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own
2  attorneys' fees and costs.

DATED: September 1, 2009     ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Olganova Winona Rodgers

DATED:   Oct. 22  , 2009     DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-